| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2004** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Caputo, A. Richard | 2. Court or Organization<br><br>U.S. Dist. Ct. M.D. of PA | 3. Date of Report<br><br>5/1/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>235 North Washington Avenue<br>P.O. Box 1246<br>Scranton, PA 18501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ · Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Co-Trustee | ▉Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 10 12 45 PM '05 FINANCIAL DISCLOSURE OFFICE

See Accountants' Compilation Report

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caputo, A. Richard | 5/1/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

See Accountants' Compilation Report

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caputo, A. Richard | 5/1/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

See Accountants' Compilation Report

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) <br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▉▉▉Trust | C | Div. & Int. | M | T | | | | | |
| 2. - Allergan Inc. - Common Stk | | | | | | | | | |
| 3. - Citigroup Inc. - Common Stk | | | | | | | | | |
| 4. - Carnival Corp. k/n/a Carnival CP New Paired - Common Stk | | | | | Partial Sale | 3/24 | J | C | |
| 5. - Cendant Corp. - Common Stk | | | | | Buy | 7/13 | J | | |
| 6. - Cendant Corp. - Common Stk | | | | | Buy | 8/17 | J | | |
| 7. - Chico's FAS Inc. - Common Stk | | | | | | | | | |
| 8. - Cooper COS Inc. - Common Stk | | | | | Buy | 8/17 | J | | |
| 9. - Conoco Phillips - Common Stk | | | | | Buy | 3/24 | J | | |
| 10. - Cisco Sys. Inc. - Common Stk | | | | | | | | | |
| 11. - Chevron n/k/a Chevron Texaco Corp. - Common Stk | | | | | Partial Sale | 12/2 | J | C | |
| 12. - Dominion Res. Inc. VA NEW - Common Stk | | | | | | | | | |
| 13. - Dow Chemical Co. - Common Stk | | | | | | | | | |
| 14. - General Electric Company - Common Stk | | | | | | | | | |
| 15. - Harley Davidson Inc. - Common Stk | | | | | | | | | |
| 16. - Ingersoll Rand Company Limited Class A - Common Stk | | | | | Buy | 3/24 | J | | |
| 17. - Johnson & Johnson - Common Stk | | | | | | | | | |
| 18. - Altria Group Inc. - Common Stk | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

See Accountants' Compilation Report

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Microsoft Corp. - Common Stk | | | | | | | | | |
| 20. - SCP Pool Corp. - Common Stk | | | | | Buy | 8/17 | J | | |
| 21. - Symantec Corp. - Common Stk | | | | | Buy | 12/21 | J | | |
| 22. - Constellation Brands Inc. Class A - Common Stk | | | | | Sold | 8/17 | J | B | |
| 23. - LPL Premier Money Market Shares | | | | | Buy | Var. | J | | |
| 24. - WYETH - Common Stk | | | | | Sold | 3/24 | J | D | |
| 25. IRA #1 | C | Div. & Int. | M | T | | | | | |
| 26. - Allergan Inc. - Common Stk | | | | | | | | | |
| 27. - Bristol Myers Squibb Co. - Common Stk | | | | | | | | | |
| 28. - Citigroup Inc. - Common Stk | | | | | | | | | |
| 29. - Cendant Corp. - Common Stk | | | | | Buy | 4/1 | J | | |
| 30. - Cendant Corp. - Common Stk | | | | | Buy | 6/18 | J | | |
| 31. - Cendant Corp. - Common Stk | | | | | Buy | 7/9 | J | | |
| 32. - Chico's FAS Inc. - Common Stk | | | | | | | | | |
| 33. - Cooper COS Inc. NEW - Common Stk | | | | | Buy | 6/18 | J | | |
| 34. - Carlisle Companies Inc. - Common Stk | | | | | | | | | |
| 35. - Dupont E.I. De Nemour & Company - Common Stk | | | | | Buy | 12/15 | J | | |
| 36. - Dell Inc. - Common Stk | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

See Accountants' Compilation Report

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1 (A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month – Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 37. – Harley Davidson Inc. - Common Stk | | | | | | | | | |
| 38. – Ishares Tr NASDAQ Biotech Index Fund | | | | | Buy | 4/1 | J | | |
| 39. – JDS Uniphase Corp. - Common Stk | | | | | | | | | |
| 40. – Lucent Technologies Inc. - Common Stk | | | | | | | | | |
| 41. – Leucadia National Corp. - Common Stk | | | | | | | | | |
| 42. – Microsoft Corp. - Common Stk | | | | | | | | | |
| 43. – Precision Castparts Corp. - Common Stk | | | | | | | | | |
| 44. – Pfizer Incorporated – Common Stk | | | | | | | | | |
| 45. – Sirius Satellite Radio Ind. - Common Stk | | | | | Buy | 11/22 | J | | |
| 46. – Symantec Corp. - Common Stk | | | | | Buy | 12/15 | J | | |
| 47. – Whole Foods Market Inc. - Common Stk | | | | | | | | | |
| 48. – Conoco Phillips - Common Stk | | | | | Sold | 12/2 | J | D | |
| 49. – Cooper COS Inc. NEW - Common Stk | | | | | Sold | 10/6 | J | B | |
| 50. – Verizon Communications Inc. - Common Stk | | | | | Sold | 7/9 | J | B | |
| 51. – Bank of America Corp. (Fleetboston Financial)- Common Stk | | | | | Sold | 6/18 | J | B | |
| 52. – Honeywell Intl Inc. - Common Stk | | | | | Sold | 6/18 | J | A | |
| 53. – LPL Premier Money Market Shares | | | | | | | | | |
| 54. – MCI Worldcom - Common Stk | | | | | Bankruptcy | 12/16 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Dial Corp. NEW - Common Stk | | | | | Merger | 3/30 | J | B | |
| 56. Wachovia Corp. Common Stock | D | Dividend | M | T | | | | | |
| 57. Eastern Penn PA S. D. Bond | B | Interest | L | T | | | | | |
| 58. Great Valley S. D. PA Bond | B | Interest | K | T | | | | | |
| 59. Pennsylvania State HEFA Hlt Svcs Bond | B | Interest | K | T | | | | | |
| 60. PA State B/E Turnpike Comm. Bond | A | Interest | K | T | Buy | 6/3 | | | |
| 61. Warwick School District Municipal Bond | B | Interest | L | T | Redeem | 7/1 | L | A | |
| 62. LPL Premier Money Market Shares | A | Interest | K | T | | | | | |
| 63. Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 64. IRA #2 | A | Div. & Int. | J | T | | | | | |
| 65. - LPL Premier Money Market Shares | | | | | | | | | |
| 66. - Standard & Poors Dep Rcpts B/E | | | | | Buy | 2/10 | J | | |
| 67. Direct TV Group Inc. (formerly Hughes Elect.) - Common Stk | A | Dividend | J | T | | | | | |
| 68. News Corp. Class A - Common Stk | A | Dividend | J | T | | | | | |
| 69. LPL Premier Money Market Shares | B | Dividend | L | T | | | | | |
| 70. Amcore Bank N.A. Certificate of Deposit | A | Interest | L | T | Buy | 6/15 | L | | |
| 71. Capital Crossing Bank Certificate of Deposit | A | Interest | L | T | Buy | 6/15 | L | | |
| 72. Community Bank Certificate of Deposit | A | Interest | L | T | Buy | 10/13 | L | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Federal Trust Bank Certificate of Deposit | A | Interest | L | T | Buy | 10/8 | L | | |
| 74. Greenville First Bank N.A. Certificate of Deposit | A | Interest | L | T | Buy | 10/7 | L | | |
| 75. Mercantile Bank West Michigan Certificate of Deposit | A | Interest | L | T | Buy | 10/8 | L | | |
| 76. Line Mountain PA Municipal Bond | A | Interest | K | T | Buy | 6/18 | K | | |
| 77. Lehigh County PA IDA Municipal Bond | A | Interest | K | T | Buy | 6/18 | K | | |
| 78. Northampton PA ASD Municipal Bond | B | Interest | L | T | Buy | 6/18 | L | | |
| 79. Westmont Hilltop PA Municipal Bond | A | Interest | M | T | Buy | 8/3 | M | | |
| 80. U.S. Treasury Bill | B | Interest | O | T | Buy | 3/11 | O | | |
| 81. U.S. Treasury Bill | B | Interest | O | T | Redeem | 6/10 | O | A | |
| 82. ▓▓▓ vacant land - Orange County, Florida | | None | M | W | Partial Sale | 3/2 | O | G | WSG Coral Springs, L.P. |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

See Accountants' Compilation Report

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caputo, A. Richard | 5/1/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII – Line 1 – ▮▮▮▮ Trust – Information reported, as in prior years, represents 100% of the trust assets. However, the reporting person ▮▮▮▮ is one of three beneficiaries who share equally in the trust.

Part VII – Line 23 – LPL Premier Money Market Shares is a cash account that is used to hold funds until investment assets are purchased. As such, there are multiple purchase and sale transactions during the year, however, there is never a gain or loss.

Part VII – Line 82 – Orange County, Florida property – Information reported, as in prior years, represents 100% of the value. However, the reporting person ▮▮▮▮ is one of three individuals who own the property in equal shares. The sale information that has been reported represents the reporting person ▮▮▮▮ share only.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Caputo, A. Richard | 5/1/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____May 9, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

See Accountants' Compilation Report

# PARENTERANDOLPH

*The Power of Ideas*

## ACCOUNTANTS' COMPILATION REPORT

The Honorable A. Richard Caputo
United States District Court
Scranton, Pennsylvania:

We have compiled the financial disclosure report of the Honorable A. Richard Caputo as of December 31, 2004, included in the accompanying prescribed form in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. We have also compiled the additional information presented in the financial disclosure report.

Our compilation was limited to presenting in the form prescribed by The Committee on Financial Disclosure, Administrative Office of the United States Courts information that is the representation of the individual whose financial disclosure report is presented. We have not audited or reviewed the financial disclosure report and the additional information referred to above and, accordingly, do not express an opinion or any other form of assurance on it.

The financial disclosure report and the additional information are presented in accordance with the requirements of The Committee on Financial Disclosure, Administrative Office of the United States Courts, which differ from generally accepted accounting principles. Accordingly, this financial disclosure report is not designed for those who are not informed about such differences.

Except as prescribed by the requirements of The Committee on Financial Disclosure, Administrative Office of the United States Courts, this financial disclosure report is intended to present the assets of The Honorable A. Richard Caputo at estimated current values and liabilities at estimated current amounts.



Wilkes-Barre, Pennsylvania
April 28, 2005